IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RYAN MARTIN, : | |
| : | |
| Plaintiff, : | CIVIL ACTION |
| : | |
| : | Case No.: 1:09-cv-04483-NLH-AMD |
| v. : | |
| GLOUCESTER COUNTY : | |
| CORRECTIONS OFFICERS : | |
| FURTADO, FOX, HICKMAN, : | JURY TRIAL DEMANDED |
| McGLOUGHLIN; GLOUCESTER : | |
| COUNTY; GLOUCESTER : | |
| COUNTY CORRECTIONS DEPT. : | |
| Defendant. : | |

## PRAECIPE TO SETTLE, DISCONTINUE AND END

TO THE PROTHONOTARY:

Kindly discontinue the above captioned matter as to Defendants Gloucester County and Gloucester County Corrections Department.

By: /s/ Michael M. Mulligan
Michael M. Mulligan, Esquire
317 Shell Road
P.O. Box 432
Carneys Point, NJ 08069
(856) 299-2600
*Attorney for Plaintiff*

LAMB McERLANE PC

By: /s/ Brian H. Leinhauser
Brian H. Leinhauser
24 East Market Street
Box 565
West Chester, PA 19381-0565
(610) 430-8000
*Attorney for Defendants*